IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| I.R.H., A MINOR, BY AND THROUGH HER PARENTS WENDY HUMBLE AND SEAN HUMBLE, BOTH AS NEXT FRIENDS OF I.R.H. AND INDIVIDUALLY, EDITH RODRIGUEZ, <br>           PLAINTIFFS, <br><br> V. <br><br> UNITED STATES OF AMERICA, <br>           DEFENDANT. | § § § § § § § § § § § § | CAUSE NO. A-09-CA-685-LY |

## FINAL JUDGMENT

Before the Court in the above styled and numbered cause is the parties' Stipulation of Dismissal filed April 27, 2011 (Clerk's Document No. 31) by which all parties stipulated to the dismissal of the above-styled action with prejudice, with each party to bear its own costs. As nothing remains in this action for the Court to resolve, the Court renders the following final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that this action is hereby **CLOSED**.

SIGNED this _28th_ day of April, 2011.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE